UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT RENAISSANCE FUND LLC,

    Plaintiff,

v.

    Case No. 24-cv-10377
    Hon. Matthew F. Leitman

EDRIS CRIGLER, *et al.*,

    Defendant.

_____/

## ORDER REMANDING ACTION TO WAYNE COUNTY CIRCUIT COURT

On July 10, 2023, Plaintiff Detroit Renaissance Fund LLC ("Detroit Renaissance Fund") filed this action against Defendants Damond Charles Williams and Edris Crigler in the Wayne County Circuit Court for the State of Michigan. (*See* Notice of Removal, ECF No. 1, PageID.4.)  Detroit Renaissance Fund sought "equitable relief pursuant to MCL 600.2932 to quiet title against defendants regarding real property located in Wayne County, Michigan." (*Id.* at ¶4, PageID.6.) On February 14, 2024, Defendant Edris Crigler removed this action to the Eastern District of Michigan on the ground that this Court has diversity jurisdiction over the action. (*See id.*, PageID.1.)

On March 4, 2024, this Court ordered Defendants to show cause why this action should not be remanded for lack of subject matter jurisdiction. (*See* Order, ECF No. 9.) The order required Defendants to show that they and Detroit

Renaissance Fund are citizens of different states and that the amount in controversy exceeds $75,000.00. *See* 28 U.S.C. § 1332. For diversity purposes, a limited liability company like Detroit Renaissance Fund LLC is a citizen of each State in which one or more of its members is a citizen. *See V & M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010). Therefore, those show cause order required Defendants to identify the members of Detroit Renaissance Fund LLC and their respective citizenships.

On March 22, 2024, Crigler filed a response to the show cause order. The response addresses the amount-in-controversy requirement for diversity jurisdiction. (*See* Response, ECF No. 10, PageID.21.) But it does not address or identify the citizenship of the members of Detroit Renaissance Fund LLC. Accordingly, the Court cannot conclude that it has subject matter jurisdiction over this action, the Court therefore **REMANDS** this action to the Wayne County Circuit Court for the State of Michigan.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 27, 2024

3

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 27, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126