UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT RENAISSANCE FUND LLC,

    Plaintiff,

v.

                              Case No. 24-cv-10377
                              Hon. Matthew F. Leitman

EDRIS CRIGLER, *et al.*,

    Defendants.
_____/

## **ORDER DENYING MOTION FOR RECONSIDERATION**

On March 27, 2024, this Court entered an order remanding this action to the Wayne County Circuit Court on the ground that the Court lacked subject-matter jurisdiction over the action. (*See* Order, ECF No. 11.) The Court explained that it lacked such jurisdiction because the Defendants had failed to identify the members of the Plaintiff limited liability company. (*See id.*) The Court had given the Defendants the opportunity to do so before it remanded the action. (*See* Show Cause Order, ECF No. 9.)

Defendants have now moved for reconsideration of the remand order. (*See* Mot., ECF No. 13.) The motion is **DENIED**. While the Defendants attach to their motion information about the State in which the Plaintiff LLC was formed and information concerning the registered agent of the Plaintiff LLC, the Defendants still fail to identify the members of the Plaintiff LLC and fail to identify the citizenship

1

of those members. (*See id.*) Defendants suggest that the sole member of the Plaintiff LLC is the "Corporation Company of Miami," but that entity has merely been designated by the Plaintiff LLC as an entity to whom process should be sent. (*See* ECF 13, PageID.34.[1]) That entity is not a member of the Plaintiff LLC.

Thus, for the reasons explained in the remand order, the Court still lacks subject-matter jurisdiction over the action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

---

[1] The Corporation Company of Miami is identified by the Plaintiff LLC in a box on a form that calls on the Plaintiff LLC to list "a member, manager, or other person" to whom process may be delivered. (*See* ECF No. 13, PageID.34.) The Corporation Company of Miami is an "other person" to whom process may be delivered. Indeed, it is in the business of accepting process and, according to the official web site of the Division of Corporations of the State of Florida, serves as the registered agent for numerous entities. *See* https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResults/OfficerRegisteredAgentName/Corporation%20Company%20Of%20Miami/Page1 (last visited April 3, 2024.) The form submitted by Defendants does not establish that the Corporation Company of Miami is a member of the Plaintiff LLC.

2