UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT RENAISSANCE FUND LLC,

    Plaintiff,

v.

Case No. 24-cv-10377
Hon. Matthew F. Leitman

EDRIS CRIGLER, *et al.*,

    Defendants.
_____/

### ORDER DENYING SECOND MOTION FOR RECONSIDERATION (ECF No. 15)

This Court previously entered an order remanding this action to state court because the removing Defendant failed to show that there is complete diversity between the parties. (*See* Order, ECF No. 11.) More specifically, the Court explained that the Plaintiff is an LLC, and the removing Defendant failed to identify the citizenship of the LLC's members, thereby precluding the Court from being able to confirm that diversity jurisdiction exists. (*See id.*)

The removing Defendant then filed a motion for reconsideration (*see* Mot., ECF No. 13), and the Court denied that motion on the basis that the removing Defendant still had not shown that there is complete diversity. (*See* Order Denying Reconsid., ECF No. 14.)

1

The removing Defendant has now filed what he calls a "Second Motion for Reconsideration." (*See* Mot., ECF No. 15.) The removing Defendant attaches new materials to this motion that he had not previously submitted to the Court.

The "second" motion is, in essence, a motion for reconsideration of the Court's order denying the earlier motion for reconsideration. The Court's Local Rules prohibit the filing of such a motion. *See* Local Rule 7.1(h)(4).

Moreover (and in any event), this action may not be removed because the removing Defendant is a citizen of Michigan. *See* 28 U.S.C. 1441(b)(2) ("A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.")

Accordingly, the Second Motion for Reconsideration is **DENIED**, and this action must proceed in state court.

    **IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  April 11, 2024

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 11, 2024, by electronic means and/or ordinary mail.

              <u>s/Holly A. Ryan</u>
              Case Manager
              (313) 234-5126